7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Pedro "NMN" Bolanos
*Debtor*

*Bankruptcy Case No.*
13−61050−abf7

**Sarah Yepes**
    Plaintiff(s)

*Adversary Case No.*
13−06051−abf

v.

**Pedro "NMN" Bolanos**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of the Plaintiff, Sarah Yepes, and against the Defendant, Perdo "NMN" Bolanos. Defendant's debt in the amount of $30,000.00 to Plaintiff Sarah Yepes is non−dischargeable pursuant to ll U.S.C. Section 523)(a)(6), based upon Debtor's willful and malicious injury to Plaintiff.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/6/14

Court to serve